OPINION — AG — ** CONTRACTS — FEDERAL GOVERNMENT ** THE GRAND RIVER DAM AUTHORITY AND SAID HOUSING AND HOME FINANCE AGENCY (FEDERAL GOVERNMENT AGENCY) MAY LEGALLY ENTER INTO AN ENFORCEABLE CONTRACT SUCH AS IS SET FORTH IN YOUR FORM " AGREEMENT " FOR PUBLIC WORKS PALN PREPARATION. (AGREEMENT BETWEEN STATE AND FEDERAL GOVERNMENT, ADVANCE OF MONEY, FINANCE) CITE: 82 O.S. 861 [82-861], 82 O.S. 862 [82-862], 82 O.S. 865 [82-865] (FRED HANSEN)